No. 13,197.

COLE ET AL. *v.* WOODRUFF.

No. 13,198.

COLE ET AL. *v.* GWARTNEY.
(16 P. [2d] 1119)

Decided November 21, 1932.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. WILLIAM T. BURRIS, for plaintiffs in error.

Mr. GEORGE M. CORLETT, Mr. CLAUDE W. CORLETT, Mr. M. T. HANCOCK, for defendants in error.